**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CASA DE CAMBIO MAJAPARA | ) | Case No. 08-05230 |
| S.A. de C.V., | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEAL

Party-in-interest and creditor, Wachovia Bank, National Association ("Wachovia"), by its undersigned counsel, pursuant to 28 U.S.C. § 158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, hereby appeals to the District Court from the May 8, 2008 Order entered by this Court denying Wachovia's Motion for an Order Dismissing Debtor's Chapter 11 Bankruptcy Case Pursuant to Sections 105, 109, 305 and 1112(b) of the Bankruptcy Code.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Attorneys for party-in-interest and creditor Wachovia Bank, National Association | Attorneys for Debtor, Casa de Cambio Majapara S.A. de C.V. |
|---|---|
| Pia N. Thompson (ARDC No. 6225746)<br>REED SMITH LLP<br>10 South Wacker Drive, Suite 4000<br>Chicago, Illinois 60606<br>(312) 207-1000<br><br>and<br><br>Edward J. Estrada (*pro hac vice*)<br>REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Brian L. Shaw (ARDC #6216834)<br>Mark L. Radtke (ARDC #6275738)<br>SHAW GUSSIS FISHMAN GLANTZ<br>WOLFSON & TOWBIN LLC<br>321 North Clark Street<br>Suite 800<br>Chicago, IL 60610<br>(312) 541-0151 |

[SIGNATURE PAGE FOLLOWS]

Dated: May 16, 2008

Respectfully submitted,


/s/*Pia N. Thompson*
Counsel for Party-in-Interest and Creditor
Wachovia Bank, National Association


Pia N. Thompson (ARDC No. 6225746)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
(312) 207-1000
pthompson@reedsmith.com

and

Edward J. Estrada (*pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
eestrada@reedsmith.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:                         )   Chapter 11

)

CASA DE CAMBIO MAJAPARA       )   Case No. 08-05230

S.A. de C.V.,                    )

)   Honorable Judge Black

              Debtor.          )

### CERTIFICATE OF SERVICE

        Pia N. Thompson, an attorney, certifies that she caused a true copy of the foregoing Notice of Appeal to be served upon the attached Service List via email where an email address is listed and otherwise via United States mail, postage prepaid this 16th day of May 2008.

                             */s/ Pia N. Thompson*

## CASA DE CAMBIO MAJAPARA S.A. DE C.V. – Case No. 08-05230
### SERVICE LIST

William T. Neary
Katherine Gleason
United States Trustee (Region 11)
Office of the U.S. Trustee
219 S. Dearborn
Suite 873
Chicago, Illinois 60604
*via hand delivery*

**Counsel for Debtor**
Brian Shaw
Mark Radtke
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 N Clark Street, Suite 800
Chicago, Illinois 60610
email: bshaw100@shawgussis.com
email: mradtke@shawgussis.com

**Debtor**
Casa de Cambio Majapara S.A. de C.V.
Lago Margarita No. 16
Colonia Granada
Delegación Miguel Hildago
México D.F., México
CP 11520

**Counsel for Zions First National Bank**
Steven A. Levy
Kimberly A. Bacher
Goldberg Kohn Bell Black Rosenbloom &
Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
email: steven.levy@goldbergkohn.com
email: kimberly.bacher@goldbergkohn.com

### 20 LARGEST CREDITORS

Blanca Nieves Luisa Valle Villazon
Navegantes 234 ESQ. Jacarandas
Colonia Virginia
Boca del Río
Veracruz, México
CP 94294

Miguel Angel Escalona
Adquira México S.A. de C.V.
Prolongación Paseo de la Reforma #1200 piso
2
Colonia Cruz Manca
Delegación Cuajimalpa
México D.F., México
CP 05349

Ana Maria Amador Lopez
Secrimex, S.A. de C.V.
Calle 2 No. 16
Colonia Alce Blanco
Naucalpan de Juárez, México
CP 53370

Adan Esparza Sanchez
Piso Prestigio S.A. de C.V.
Calz. Lazaro Cardenas 4145
Colonia Camino Real
Zapopan
Jalisco, México
CP 45040

{6591 SVL A0202256.DOC 2}

Victor Manuel Diaz
Su Casa Produce, LLC
188 Old Tucson Road
P.O. Box 1381
Nogales, Arizona  85628
United States

Rosa Maria Lopez Ramirez
Agencia De Viajes K Baedeker S.A. de C.V.
Tlacotalpan 96 Esquina Tehuantepec
Colonia Roma Sur
Delegación Cuauhtémoc
México, D.F., México
CP 06760

José Luis Fernandez Henriquez
Taurus-España, S.A. de C.V.
Rosas Moreno 4 Int. 203
Colonia San Rafael
Delegación Cuauhtémoc
México, D.F., México
CP 06470

Luis Becerril Colorado
Suspension Y Direccion S.A. de C.V.
Dr. Lucio 211
Colonia Doctores
México, D.F., México
CP 06720

Laura Garcia Carrillo
Grupo Plastico Nova S.A. de C.V.
San Juan 768
Colonia Granjas Modernas
Delegación Gustavo A. Madero
México, D.F., México
CP 07460

Juan Francisco Ealy Ortiz
Bucareli 8
Colonia Centro
Delegación Cuauhtémoc
México, D.F., México
CP 06040

Evangelina Reyes Perez
Promedia Computer S.A. de C.V.
AV. Baja California 196-201
Delegación Benito Juarez
México, D.F., México
CP 06700

Lic. Jesus Urdaneta
Industrias John Crane de México S.A. de C.V.
Poniente 152 No. 667
Colonia Industrial Vallejo
Delegación Azcapotzalco
México, D.F., México
CP 02300

Barbara Hernandez Larrieta
Standard Machinery and Supply CO S.A. C.V.
Tenayuca Num 82
Colonia Fraccionamiento Industrial de
Tlalnepantla
Tlalnepantla de Baz
Estado de México, México
CP 54030

Monica De Lourdes Arrieta Blanco
Instituto Tecnologico Autonomo de México
Rio Hondo No. 1
Colonia Tizapan San Angel
México, D.F., México
CP 01000

America Maria Luisa Taracido Berea
Paseo Del Pedregal No. 1125 Casa 7
Colonia Jardines Del Pedregal
Delegación Alvaro Obregon
México, D.F., México
CP 01900

Andrea Almanza Hernandes
Catalizadores Salh Mon S.A. de C.V.
Insurgestes Queretanos 88, Despacho 7 Y 8
Colonia Alameda
Santiago de Querétaro
Querétaro, México
CP 76040

Lucia Rodriguez
Distr. de Comp. Audio Y Video. S.A. de C.V.
Union 61
Colonia Escandon
Delegación Miguel Hidalgo
México, D.F., México
CP 11800

Suyun Yan Hu
Dr. Salvador Garcia Diego # 209
Colonia Doctores
Delegación Cuauhtémoc
México, D.F., México
CP 06720

Sergio Ayala
Rittal, S.A. de C.V.
Doctor Roberto Gayol No. 1219 Piso 1-B
Colonia Del Valle sur
Delegación Benito Juarez
México, D.F., México
CP 03104

Steven Cox
Waterfall, Economidis, Caldwell, Hanshaw &
Villamana, P.C.
5210 East Williams Circle
Suite 800
Tucson, Arizona 85711

PlnDue, DsclsDue, APPEAL

## U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
## Bankruptcy Petition #: 08-05230

*Assigned to:* Honorable Judge Bruce W. Black                 *Date Filed:* 03/05/2008
Chapter 11
Voluntary
Asset

**Debtor**                                          represented by **Shaw Gussis Fishman Glantz Wolfson**
**Casa de Cambio Majapara S.A. de C.V.**                         **& Towbin Llc**
Lago Margarita No. 16
Colonia Granada, C.P. 11520                          **Sperling & Slater P.C.**
Mexico, DF 99999
*dba*                                               **Andrew L. Wool**
**Majapara Casa de Cambio**                          Katten Muchin Rosenman LLP
                                                     525 West Monroe Street
                                                     Chicago, IL 60661
                                                     312 902-5623
### 08CV3594                                         Email: andrew.wool@kattenlaw.com
### JUDGE PALLMEYER
### MAGISTRATE JUDGE VALDEZ                           **Brian L Shaw**
                                                     Shaw Gussis Fishman Glantz Wolfson &
                                                     Tow
# FILED                                              321 N Clark Street
                                                     Suite 800
JUN 2 4 2008   NB                                    Chicago, IL 60610
                                                     312-541-0151
**MICHAEL W. DOBBINS**                               Fax : (312) 980-3888
**CLERK, U.S. DISTRICT COURT**                        Email: bshaw100@shawgussis.com

                                                     **Janice A Alwin**
                                                     Shaw Gussis Fishman Glantz Wolfson &
                                                     Tow
                                                     321 N Clark St Ste 800
                                                     Chicago, IL 60610
                                                     312-276-1323
                                                     Fax : 312-275-0571
                                                     Email: jalwin@shawgussis.com

This is to certify that the within and attached       **Mark L Radtke**
document is a full, true and correct copy of          Shaw Gussis Fishman Glantz, etal
the original thereof as the same appears on           321 N Clark St Ste 800
file in the office of the Clerk of the United         Chicago, Il 60610
States Bankruptcy Court for the Northern              312 276-1325
District of Illinois                                  Fax : 312 275-0566
        KENNETH S. GARDNER                            Email: mradtke@shawgussis.com
        CLERK OF COURT
By _____                      **Vipin R Gandra**
            Deputy Clerk                              Shaw Gussis Fishman Glantz Wolfson &
Dated _____                           Tow
                                                     321 N Clark St., Suite 800
                                                     Chicago, IL 60610
                                                     312 980-3871
                                                     Email: vgandra@shawgussis.com

**U.S. Trustee**
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 03/05/2008 | ◑1 | Chapter 11 Voluntary Petition Fee Amount $1039, Filed by Andrew L. Wool on behalf of Casa de Cambio Majapara S.A. de C.V. (Attachments: # 1 Exhibit Resolutions of the Board of Directors) (Wool, Andrew **ENTERED IN ERROR** Corrective Entry: Amended Petition Requested; Filer Notified Modified on 3/6/2008 (Daniel, Sabrina). Modified on 4/2/2008 (Daniel,Sabrina) (Entered: 03/05/2008) |
| 03/05/2008 | ◑2 | Declaration Re: Electronic Filing Filed by Andrew L. Wool on behalf of Casa de Cambio Majapara S.A. de C.V.. (Wool, Andrew) (Entered: 03/05/2008) |
| 03/05/2008 | 3 | Receipt of Voluntary Petition (Chapter 11)(08-05230) [misc,volp11a] (1039.00) Filing Fee. Receipt number 8428309. Fee Amount $1039.00 (U.S. Treasury) (Entered: 03/05/2008) |
| 03/06/2008 | ◑4 | **ENTERED IN ERROR** Corrective Entry: Filer notified to file an Amended Petition (RE: 1 Voluntary Petition (Chapter 11), Voluntary Petition (Chapter 11)). (Daniel, Sabrina) Modified on 4/2/2008 (Daniel, Sabrina). Modified on 4/2/2008 (Daniel, Sabrina). (Entered: 03/06/2008) |
| 03/17/2008 | ◑5 | Appearance Filed by Pia N Thompson on behalf of WACHOVIA BANK, N.A.. (Thompson, Pia) (Entered: 03/17/2008) |
| 03/17/2008 | ◑6 | Appearance for Stephen Bobo Filed by Pia N Thompson on behalf of WACHOVIA BANK, N.A.. (Thompson, Pia) (Entered: 03/17/2008) |
| 03/17/2008 | ◑7 | Appearance Filed by Kimberly A Bacher on behalf of Zions First National Bank Na. (Bacher, Kimberly) (Entered: 03/17/2008) |
| 03/17/2008 | ◑8 | Appearance for Steven A. Levy Filed by Kimberly A Bacher on behalf of Zions First National Bank Na. (Bacher, Kimberly) (Entered: 03/17/2008) |
| 03/18/2008 | ◑9 | Notice of Motion and Application to Employ Shaw Gussis Fishman Glantz Wolfson & Towbin LLC as as Counsel Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 3/26/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Attachments: # 1 Exhibit A# 2 Proposed Order Authorizing Debtor to Employ Shaw Gussis Fishman Glantz Wolfson & Towbin LLC as Bankruptcy Counsel and Approving Compensation Arrangement Related Thereto) (Shaw, Brian) (Entered: 03/18/2008) |
| 03/18/2008 | ◑10 | Notice of Motion and Motion for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 3/26/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals) (Shaw, Brian) (Entered: 03/18/2008) |
| 03/18/2008 | ◑11 | Notice of Motion and Motion to Extend Time to File Schedules and Related Documents Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 3/26/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Attachments: # 1 Proposed Order Extending Time Within Which Debtor May File Schedules And Related Documents) (Shaw, Brian) (Entered: 03/18/2008) |
| 03/19/2008 | ◑12 | Notice of Motion and Motion to Authorize Luis V. Echeverria to Act in a Foreign Country on Behalf of Debtor's Estate, Notice of Motion and Application to Employ Luis V. Echeverria as Debtor's Consultant Filed by Mark L Radtke on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 3/26/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Proposed Order Approving Debtor's Employment of Luis V. Echeverria as Debtor's Consultant and |

|  |  |  |
|---|---|---|
|  |  | Approving Related Compensation Arrangement# 3 Proposed Order Approving Debtor's Employment of Luis V. Echeverria as Debtor's Consultant and Approving Related Compensation Arrangement) (Radtke, Mark) (Entered: 03/19/2008) |
| 03/19/2008 | 🗎13 | Notice of Motion and Motion to Authorize Debtor to Make Payments Outside the Ordinary Course of Business to Priscilla Njuguna for Translation Services Filed by Mark L Radtke on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 3/26/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Proposed Order Authorizing Debtor to Make Payments to Priscilla Njuguna Outside the Ordinary Course of Business) (Radtke, Mark) (Entered: 03/19/2008) |
| 03/19/2008 | 🗎14 | Order to File Plan and Disclosure Statement . Chapter 11 Plan due by 7/3/2008. Disclosure Statement due by 7/3/2008. Status hearing to be held on 7/10/2008 at 10:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. Signed on 3/19/2008 (Gordon, Pamela) (Entered: 03/20/2008) |
| 03/19/2008 | 🗎15 | Certificate of Service (RE: 14 Order to File Plan and Disclosure Statement, ). (Gordon, Pamela) (Entered: 03/20/2008) |
| 03/20/2008 | 🗎16 | Meeting of Creditors . 341(a) meeting to be held on 4/16/2008 at 01:30 PM at 219 South Dearborn, Room 804, Chicago, Illinois 60604. Last day to oppose dischargeability is 6/16/2008 (McClendon, Annette) (Entered: 03/20/2008) |
| 03/20/2008 | 🗎17 | BNC Certificate of Service - Meeting of Creditors. (RE: 16 Meeting of Creditors Chapter 11). No. of Notices: 157. Service Date 03/22/2008. (Admin.) (Entered: 03/22/2008) |
| 03/24/2008 | 🗎18 | Notice of Motion and Motion to Exceed Page Limitation Filed by Pia N Thompson on behalf of WACHOVIA BANK, N.A.. Hearing scheduled for 3/26/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Thompson, Pia) (Entered: 03/24/2008) |
| 03/24/2008 | 🗎19 | Notice of Motion and Motion to Dismiss Case Filed by Pia N Thompson on behalf of WACHOVIA BANK, N.A.. Hearing scheduled for 3/26/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Thompson, Pia) (Entered: 03/24/2008) |
| 03/24/2008 | 🗎20 | Memorandum Filed by Pia N Thompson on behalf of WACHOVIA BANK, N.A.. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C) (Thompson, Pia) (Entered: 03/24/2008) |
| 03/24/2008 | 🗎21 | Adversary case 08-00177. (12 (Recovery of money/property - 547 preference)): Complaint by Casa de Cambio Majapara S.A. de C.V. against WACHOVIA BANK, N.A.. Fee Amount $250. Status hearing to be held on 4/24/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Gandra, Vipin) (Entered: 03/24/2008) |
| 03/24/2008 | 🗎22 | Exhibit(s) Exhibits D-F Filed by Pia N Thompson on behalf of WACHOVIA BANK, N.A. (RE: 20 Memorandum). (Attachments: # 1 Exhibit Exhibit E# 2 Exhibit Exhibit F(A)(1)# 3 Exhibit Exhibit F(A)(2)# 4 Exhibit Exhibit F(A)(3)# 5 Exhibit Exhibit F(A)(4)# 6 Exhibit Exhibit F(B)-(C)# 7 Exhibit Exhibit (d)(1)# 8 Exhibit Exhibit F(D))2)# 9 Exhibit Exhibit F) (Thompson, Pia) (Entered: 03/24/2008) |
| 03/24/2008 | 🗎23 | Notice of Motion and Motion for Rule to Show Cause for Violation of Automatic Stay Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 3/26/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Proposed Order) (Shaw, Brian) (Entered: 03/24/2008) |
| 03/25/2008 | 🗎24 | Appearance for Michael S. Leib Filed by Pia N Thompson on behalf of WACHOVIA BANK, N.A.. (Thompson, Pia) (Entered: 03/25/2008) |

| 03/26/2008 | ⊕25 | Hearing Continued (RE: 12 Motion to Authorize, , , Application to Employ, ,, 13 Motion to Authorize, ). Hearing scheduled for 3/31/2008 at 01:15 PM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Davis, Shurray) (Entered: 03/26/2008) |
| --- | --- | --- |
| 03/26/2008 | ⊕26 | Hearing Continued (RE: 23 Motion for Rule to Show Cause, ). Hearing scheduled for 4/10/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Davis, Shurray) (Entered: 03/26/2008) |
| 03/26/2008 | ⊕27 | Notice of Motion and Motion for Relief from Stay Fee Amount $150, Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. Hearing scheduled for 3/31/2008 at 01:15 PM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B- Part 1# 3 Exhibit B- Part 2# 4 Exhibit C- Part 1# 5 Exhibit C- Part 2# 6 Exhibit D# 7 Proposed Order Proposed Order) (Thompson, Pia) (Entered: 03/26/2008) |
| 03/26/2008 | 28 | Receipt of Motion for Relief Stay(08-05230) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 8540639. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 03/26/2008) |
| 03/26/2008 | ⊕29 | Notice of Motion Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 27 Motion for Relief Stay, ). Hearing scheduled for 3/31/2008 at 01:15 PM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Thompson, Pia) (Entered: 03/26/2008) |
| 03/26/2008 | ⊕30 | INCOMPLETE/INCORRECT PDF, FILER NOTIFIED TO REFILE Certificate of Service Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 27 Motion for Relief Stay, ). (Thompson, Pia) Modified on 4/1/2008 (Weston, Carel Dell). (Entered: 03/26/2008) |
| 03/26/2008 | ⊕31 | INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE Notice of Motion and Motion to File Incamera/Seal Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. Hearing scheduled for 3/31/2008 at 01:15 PM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Attachments: # 1 Exhibit A-B# 2 Proposed Order Proposed Order) (Thompson, Pia) Modified on 4/3/2008 (Sims, Mildred). (Entered: 03/26/2008) |
| 03/26/2008 | ⊕32 | Notice of Motion Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 31 Motion to File Incamera/Seal, ). Hearing scheduled for 3/31/2008 at 01:15 PM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Thompson, Pia) (Entered: 03/26/2008) |
| 03/26/2008 | ⊕33 | INCOMPLETE/INCORRECT PDF, FILER NOTIFIED TO REFILE Certificate of Service Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 31 Motion to File Incamera/Seal, ). (Thompson, Pia) Modified on 4/1/2008 (Weston, Carel Dell). (Entered: 03/26/2008) |
| 03/26/2008 | ⊕34 | Supplement Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 27 Motion for Relief Stay, ). (Thompson, Pia) (Entered: 03/26/2008) |
| 03/26/2008 | ⊕35 | INCOMPLETE/INCORRECT PDF, FILER NOTIFIED TO REFILE Second Certificate of Service Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 27 Motion for Relief Stay, ). (Thompson, Pia) Modified on 4/1/2008 (Weston, Carel Dell). (Entered: 03/26/2008) |
| 03/26/2008 | ⊕36 | Order Granting Application to Employ Shaw Gussis Fishman Glantz Wolfson & Towbin Llc for Casa de Cambio Majapara S.A. de C.V. And Approving Compensation Arrangement Related thereto (Related Doc # 9). Signed on 3/26/2008. (Gordon, Pamela) (Entered: 03/27/2008) |
| 03/26/2008 | ⊕37 | Order Granting Motion for Administrative Order (Related Doc # 10). Signed on 3/26/2008. (Gordon, Pamela) (Entered: 03/27/2008) |
| 03/26/2008 | ⊕38 | Order Granting Motion to Extend Time To File Schedules to 4/11/2008. (Related Doc # 11). |

| | | |
|---|---|---|
| | | Signed on 3/26/2008. (Gordon, Pamela) (Entered: 03/27/2008) |
| 03/26/2008 | ⚫39 | Order Granting Motion to Exceed Page Limitation (Related Doc # 18). Signed on 3/26/2008. (Gordon, Pamela) (Entered: 03/27/2008) |
| 03/26/2008 | ⚫40 | Order Scheduling (RE: 12 Motion to Authorize, , , Application to Employ, , ). Hearing scheduled for 3/31/2008 at 01:15 PM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. Reply due by: 3/31/2008 Responses due by 3/28/2008. Signed on 3/26/2008 (Gordon, Pamela) (Entered: 03/27/2008) |
| 03/26/2008 | ⚫41 | Order Scheduling (RE: 13 Motion to Authorize, ). Hearing scheduled for 3/31/2008 at 01:15 PM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604.Reply due by: 3/31/2008 Responses due by 3/28/2008. Signed on 3/26/2008 (Gordon, Pamela) (Entered: 03/27/2008) |
| 03/26/2008 | ⚫42 | Order Scheduling (RE: 19 Motion to Dismiss Case). Hearing scheduled for 4/30/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. Reply due by: 4/28/2008 Responses due by 4/18/2008. Signed on 3/26/2008 (Gordon, Pamela) (Entered: 03/27/2008) |
| 03/26/2008 | ⚫43 | Order Scheduling (RE: 23 Motion for Rule to Show Cause, ). Hearing scheduled for 4/10/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604.Reply due by: 4/8/2008 Responses due by 4/4/2008. Signed on 3/26/2008 (Gordon, Pamela) (Entered: 03/27/2008) |
| 03/27/2008 | ⚫44 | Appearance Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Shaw, Brian) (Entered: 03/27/2008) |
| 03/27/2008 | ⚫45 | Hearing Continued (RE: 19 Motion to Dismiss Case). Hearing scheduled for 4/30/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Davis, Shurray) (Entered: 03/27/2008) |
| 03/28/2008 | ⚫46 | Certificate of Service Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. (Thompson, Pia) (Entered: 03/28/2008) |
| 03/28/2008 | ⚫47 | Certificate of Service Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. (Thompson, Pia) (Entered: 03/28/2008) |
| 03/28/2008 | ⚫48 | Certificate of Service Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. (Thompson, Pia) (Entered: 03/28/2008) |
| 03/28/2008 | ⚫49 | Response in Opposition to Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (Thompson, Pia) (Entered: 03/28/2008) |
| 03/28/2008 | ⚫50 | Attachment(s) Appendix Part 1 Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 49 Response). (Thompson, Pia) (Entered: 03/28/2008) |
| 03/28/2008 | ⚫51 | Attachment(s) Appendix Part 2 Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 49 Response). (Thompson, Pia) (Entered: 03/28/2008) |
| 03/28/2008 | ⚫52 | Attachment(s) Appendix Part 3 Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 49 Response). (Thompson, Pia) (Entered: 03/28/2008) |
| 03/31/2008 | ⚫53 | Reply in Support to (related document(s): 12 Motion to Authorize,,, Application to Employ,,, 13 Motion to Authorize, ) Filed by Mark L Radtke on behalf of Casa de Cambio Majapara S.A. de C.V. (Attachments: # 1 Exhibit A) (Radtke, Mark) (Entered: 03/31/2008) |
| | | |

| | | |
|---|---|---|
| 04/01/2008 | ●54 | Hearing Continued (RE: 12 Authorize). Hearing Scheduled for 04/02/2008 at 03:00 PM at Courtroom 615 219 South Dearborn, Chicago, IL, 60604. (Davis,Shurray) (Entered: 04/01/2008) |
| 04/01/2008 | ●55 | Hearing Continued (RE: 13 Authorize). Hearing Scheduled for 04/02/2008 at 03:00 PM at Courtroom 615 219 South Dearborn, Chicago, IL, 60604. (Davis,Shurray) (Entered: 04/01/2008) |
| 04/01/2008 | ●56 | CORRECTIVE ENTRY INCOMPLETE/INCORRECT PDF, FILER NOTIFIED TO REFILE (RE: 30 Certificate of Service). (Weston, Carel Dell) (Entered: 04/01/2008) |
| 04/01/2008 | ●57 | Amended Exhibit(s) A-4 and A-5 Filed by Mark L Radtke on behalf of Casa de Cambio Majapara S.A. de C.V. (RE: 53 Reply). (Radtke, Mark) (Entered: 04/01/2008) |
| 04/01/2008 | ●58 | CORRECTIVE ENTRY INCOMPLETE/INCORRECT PDF, FILER NOTIFIED TO REFILE (RE: 35 Certificate of Service, 33 Certificate of Service). (Weston, Carel Dell) (Entered: 04/01/2008) |
| 04/02/2008 | ●59 | Order Granting Motion to Authorize/Approve Debtor's Employment of Luis V. Echeverria as Debtor's Foreign Representative (Related Doc # 12). Signed on 4/2/2008. (Gordon, Pamela) (Entered: 04/03/2008) |
| 04/02/2008 | ●60 | Order Granting Application to Employ Luis V Echeverria as Debtor's Consultant effective as of 4/1/2008 and Disapproving Related Compensation Arrangement (Related Doc # 12). Signed on 4/2/2008. (Gordon, Pamela) (Entered: 04/03/2008) |
| 04/02/2008 | ●61 | Order Granting Motion to Authorize (Related Doc # 13). Signed on 4/2/2008. (Gordon, Pamela) (Entered: 04/03/2008) |
| 04/02/2008 | ●62 | Order Granting Motion for Relief from Stay (Related Doc # 27). Signed on 4/2/2008. (Gordon, Pamela) (Entered: 04/03/2008) |
| 03/26/2008 | ●63 | Notice of Motion and Motion For In Camera Inspection and For Permission To Use Document In Opposition To Motion And At 3/31/2008 Hearing Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. . Hearing scheduled for 3/31/2008 at 01:15 PM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Attachments: # 1 Exhibit A-B (2) Proposed Order) (Gordon, Pamela) (Entered: 04/03/2008) |
| 03/31/2008 | ●64 | Order Granting Motion (Related Doc # 63). Signed on 3/31/2008. (Gordon, Pamela) (Entered: 04/03/2008) |
| 04/03/2008 | ●65 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 31 Motion to File Incamera/Seal, ). (Sims, Mildred) (Entered: 04/03/2008) |
| 04/09/2008 | ●66 | Hearing Continued (RE: 23 Rule to Show Cause). Hearing Scheduled for 04/30/2008 at 11:00 AM at Courtroom 615 219 South Dearborn, Chicago, IL, 60604. (Davis,Shurray) (Entered: 04/09/2008) |
| 04/08/2008 | ●67 | Motion to Appear Pro Hac Vice Filed by John A Nocera on behalf of Wachovia Bank, N.A. . (Gordon, Pamela) (Entered: 04/09/2008) |
| 04/09/2008 | ●68 | Order Scheduling (RE: 23 Motion for Rule to Show Cause, ). Reply due by: 4/25/2008 Responses due by 4/18/2008. Status hearing to be held on 4/30/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. Signed on 4/9/2008 (Gordon, Pamela) (Entered: 04/10/2008) |
| | | |

| 04/10/2008 | 69 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Notice of Motion and Amended Motion to Extend Time responses and replies to Wachovia's Motion to Dismiss Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. Hearing scheduled for 5/7/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Thompson, Pia) Modified on 4/14/2008 (Weston, Carel Dell). (Entered: 04/10/2008) |
|---|---|---|
| 04/09/2008 | 70 | Order Granting Motion To Appear Pro Hac Vice (Related Doc # 67). Signed on 4/9/2008. (Gordon, Pamela) Additional attachment(s) added on 4/11/2008 (Sims, Mildred). Modified on 4/11/2008 to attach correct PDF (Sims, Mildred). (Entered: 04/11/2008) |
| 04/11/2008 | 71 | CORRECTIVE ENTRY to attach correct PDF (RE: 70 Order on Motion to Appear Pro Hac Vice). (Sims, Mildred) (Entered: 04/11/2008) |
| 04/08/2008 | 72 | Motion to Appear Pro Hac Vice Filed by Peter Alfred Ragone on behalf of Wachovia Bank, N.A. . (Gordon, Pamela) (Entered: 04/11/2008) |
| 04/09/2008 | 73 | Order Granting Motion To Appear Pro Hac Vice (Related Doc # 72). Signed on 4/9/2008. (Gordon, Pamela) (Entered: 04/11/2008) |
| 04/11/2008 | 74 | Amended Notice of Motion Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 19 Motion to Dismiss Case). Hearing scheduled for 5/7/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Thompson, Pia) (Entered: 04/11/2008) |
| 04/11/2008 | 75 | Declaration Re: Electronic Filing Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Shaw, Brian) (Entered: 04/11/2008) |
| 04/11/2008 | 76 | Schedules A, B, D, E, F, and H Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Attachments: # 1 Exhibit F-1# 2 Exhibit F-2# 3 Exhibit F-3# 4 Declaration Concerning Debtor's Schedules) (Shaw, Brian) (Entered: 04/11/2008) |
| 04/11/2008 | 77 | Statement of Financial Affairs Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Attachments: # 1 Exhibit 4a# 2 Exhibit 11) (Shaw, Brian) (Entered: 04/11/2008) |
| 04/14/2008 | 78 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Statement of Amended Exhibit 23 to Statement of Financial Affairs Filed by Vipin R Gandra on behalf of Casa de Cambio Majapara S.A. de C.V.. (Gandra, Vipin) Modified on 4/18/2008 (Weston, Carel Dell). (Entered: 04/14/2008) |
| 04/14/2008 | 79 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 69 Motion to Extend Time, ). (Weston, Carel Dell) (Entered: 04/14/2008) |
| 04/14/2008 | 80 | Attachment(s) of Exhibit 23 to Statement of Financial Affairs Filed by Vipin R Gandra on behalf of Casa de Cambio Majapara S.A. de C.V. (RE: 77 Statement of Financial Affairs). (Gandra, Vipin) (Entered: 04/14/2008) |
| 04/14/2008 | 81 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Amended Notice of Filing Filed by Vipin R Gandra on behalf of Casa de Cambio Majapara S.A. de C.V. (RE: 78 Statement). (Gandra, Vipin) Modified on 4/18/2008 (Weston, Carel Dell). (Entered: 04/14/2008) |
| 04/14/2008 | 82 | Summary of Schedules Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Shaw, Brian) (Entered: 04/14/2008) |
| 04/14/2008 | 83 | Notice of Motion and Application to Employ Sperling & Slater, P.C. as Special Litigation Counsel and For Approval of Compensation Arrangement Related Thereto Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 4/17/2008 |

| | | at 09:30 PM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B) (Shaw, Brian) (Entered: 04/14/2008) |
|---|---|---|
| 04/17/2008 | 🔵84 | Order Granting Application to Employ Sperling & Slater P.C. for Casa de Cambio Majapara S.A. de C.V. (Related Doc # 83). Signed on 4/17/2008. (Rodarte, Aida) (Entered: 04/18/2008) |
| 04/18/2008 | 🔵85 | Notice of Motion and Application to Employ Rodriguez y Orendain, S.C. as Special Mexican Counsel and For Approval of Compensation Arrangement Related Thereto Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 4/24/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Shaw, Brian) (Entered: 04/18/2008) |
| 04/18/2008 | 🔵86 | Response in Opposition to (related document(s): 23 Motion for Rule to Show Cause, ) Filed by Peter Alfred Ragone on behalf of Wachovia Bank, N.A. (Attachments: # 1 Declaration of John A. Nocera# 2 Affidavit of Carlos A. Perez# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11) (Ragone, Peter) (Entered: 04/18/2008) |
| 04/18/2008 | 🔵87 | Brief in Opposition to (related document(s): 23 Motion for Rule to Show Cause, ) Filed by Peter Alfred Ragone on behalf of Wachovia Bank, N.A. (Ragone, Peter) (Entered: 04/18/2008) |
| 04/18/2008 | 🔵88 | Certificate of Service Filed by Peter Alfred Ragone on behalf of Wachovia Bank, N.A. (RE: 87 Brief, 86 Response, ). (Ragone, Peter) (Entered: 04/18/2008) |
| 04/18/2008 | 🔵89 | CORRECTIVE ENTRYINCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 78 Statement, ). (Weston, Carel Dell) (Entered: 04/18/2008) |
| 04/18/2008 | 🔵90 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 81 Notice of Filing). (Weston, Carel Dell) (Entered: 04/18/2008) |
| 04/21/2008 | 🔵91 | Notice of Motion and Motion to Use Cash Collateral Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 4/24/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Exhibit 1# 2 Proposed Order Authorizing Use of Cash Collateral, Providing Adequate Protection and Granting Other Relief) (Shaw, Brian) (Entered: 04/21/2008) |
| 04/21/2008 | 🔵92 | Amended Notice of Motion Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V. (RE: 91 Motion to Use Cash Collateral, ). Hearing scheduled for 4/24/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Shaw, Brian) (Entered: 04/21/2008) |
| 04/22/2008 | 🔵93 | Notice of Motion and Motion for Leave to To File Brief in Excess of Fifteen Pages Filed by Mark L Radtke on behalf of Casa de Cambio Majapara S.A. de C.V.. Hearing scheduled for 4/30/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order Granting Leave to File Brief in Excess of 15 Pages) (Radtke, Mark) (Entered: 04/22/2008) |
| 04/22/2008 | 🔵94 | Joinder In Response in Opposition to (related document(s): 19 Motion to Dismiss Case) Filed by Mark L Radtke on behalf of Rittal, S.A. de C.V. (Radtke, Mark) (Entered: 04/22/2008) |
| 04/22/2008 | 🔵95 | Response in Opposition to (related document(s): 19 Motion to Dismiss Case) Filed by Mark L Radtke on behalf of Casa de Cambio Majapara S.A. de C.V. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit C part 2) (Radtke, Mark) (Entered: 04/22/2008) |
| 04/24/2008 | 🔵96 | Exhibit(s) 2 to Exhibit C of Response to Wachovia's Motion to Dismiss Filed by Mark L Radtke on behalf of Casa de Cambio Majapara S.A. de C.V. (RE: 95 Response). (Radtke, |

| | | Mark) (Entered: 04/24/2008) |
|---|---|---|
| 04/24/2008 | ●97 | Hearing Continued (RE: 91 Cash Collateral (Use)). Hearing Scheduled for 05/07/2008 at 11:00 AM at Courtroom 615 219 South Dearborn, Chicago, IL, 60604. (Davis,Shurray) (Entered: 04/24/2008) |
| 04/24/2008 | ●98 | Notice of Filing of Casa de Cambio Majapara Interim Cash Collateral Budget Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Shaw, Brian) (Entered: 04/24/2008) |
| 04/24/2008 | ●99 | Order Granting Application to Employ Jose Victor Rodriguez Barrera and the law firm of Rodriguez y Orendain, SC (Related Doc # 85). Signed on 4/24/2008. (Gordon, Pamela) (Entered: 04/25/2008) |
| 04/24/2008 | ●100 | Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 91). Hearing scheduled for 5/7/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. Signed on 4/24/2008. (Gordon, Pamela) (Entered: 04/25/2008) |
| 04/25/2008 | ●101 | Reply in Support to (related document(s): 23 Motion for Rule to Show Cause, ) Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V. (Shaw, Brian) (Entered: 04/25/2008) |
| 04/28/2008 | ●102 | Notice of Motion and Emergency Motion for Relief from Stay as to Litigation rights. Fee Amount $150, Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. Hearing scheduled for 4/29/2008 at 01:15 PM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Attachments: # 1 Exhibit 1) (Thompson, Pia) (Entered: 04/28/2008) |
| 04/28/2008 | 103 | Receipt of Motion for Relief Stay(08-05230) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 8719973. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 04/28/2008) |
| 04/28/2008 | ●104 | Statement Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 102 Motion for Relief Stay, ). (Thompson, Pia) (Entered: 04/28/2008) |
| 04/29/2008 | ●105 | Exhibit(s) Exhibit A to Motion for Relief from Stay Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 102 Motion for Relief Stay, ). (Thompson, Pia) (Entered: 04/29/2008) |
| 04/29/2008 | ●106 | Certification Regarding Request for Emergency Hearing Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 102 Motion for Relief Stay, ). (Thompson, Pia) (Entered: 04/29/2008) |
| 04/29/2008 | ●107 | Hearing Continued (RE: 102 Relief Stay). Hearing Scheduled for 04/30/2008 at 11:00 AM at Courtroom 615 219 South Dearborn, Chicago, IL, 60604. (Davis,Shurray) (Entered: 04/29/2008) |
| 04/30/2008 | ●108 | Amended Summary of Schedules Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Shaw, Brian) (Entered: 04/30/2008) |
| 04/30/2008 | ●109 | Amended Schedules : B. Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Attachments: # 1 Exhibit B-2# 2 Exhibit B-16(a)-(c)) (Shaw, Brian) (Entered: 04/30/2008) |
| 04/30/2008 | ●110 | Amended Schedule(s) :D and F Fee Amount $26. Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Attachments: # 1 Exhibit F-1 (Amended)# 2 Exhibit F-2 (Amended)# 3 Exhibit F-3 (Amended)) (Shaw, Brian) (Entered: 04/30/2008) |

| | | |
|---|---|---|
| 04/30/2008 | 111 | Receipt of Amended Schedules (Fee)(08-05230) [misc,amdschdf] ( 26.00) Filing Fee. Receipt number 8735815. Fee Amount $ 26.00 (U.S. Treasury) (Entered: 04/30/2008) |
| 04/30/2008 | 🌀112 | Schedules G Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Shaw, Brian) (Entered: 04/30/2008) |
| 04/30/2008 | 🌀113 | Declaration Concerning Debtor's Amended Schedules Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Shaw, Brian) (Entered: 04/30/2008) |
| 04/30/2008 | 🌀114 | Amended Statement of Financial Affairs Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Attachments: # 1 Exhibit 4a# 2 Exhibit 11# 3 Exhibit 23) (Shaw, Brian) (Entered: 04/30/2008) |
| 04/30/2008 | 🌀115 | Notice of Motion and Motion to Exceed Page Limitation Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. Hearing scheduled for 5/7/2008 at 11:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Thompson, Pia) (Entered: 04/30/2008) |
| 04/30/2008 | 🌀116 | Order Granting Motion for Leave (Related Doc # 93). Signed on 4/30/2008. (Gordon, Pamela) (Entered: 04/30/2008) |
| 04/30/2008 | 🌀117 | Reply to (related document(s): 19 Motion to Dismiss Case) Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (Attachments: # 1 Exhibit List# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E1# 7 Exhibit E2# 8 Exhibit E3# 9 Exhibit F) (Thompson, Pia) Modified on 5/5/2008 to create related document #95, Filer Notified (Weston, Carel Dell). (Entered: 04/30/2008) |
| 04/30/2008 | 🌀118 | (E)Order Denying for the Reasons Stated on the Record Motion for Rule to Show Cause why shall not be held in Contempt of Court. (Related Doc # 23). Signed on 4/30/2008. (Gordon, Pamela) (Entered: 05/01/2008) |
| 05/05/2008 | 🌀119 | CORRECTIVE ENTRY to create related document #95. Filer Notified (RE: 117 Reply, ). (Weston, Carel Dell) (Entered: 05/05/2008) |
| 05/07/2008 | 🌀120 | Order Granting Motion to Exceed Page Limitation (Related Doc # 115). Signed on 5/7/2008. (Gordon, Pamela) (Entered: 05/08/2008) |
| 05/07/2008 | 🌀121 | Agreed Order and Stipulation (RE: 102 Motion for Relief Stay, ). Signed on 5/7/2008 (Gordon, Pamela) (Entered: 05/08/2008) |
| 05/08/2008 | 🌀122 | (E)Order Denying for the Reasons Stated on the Record Motion to Dismiss Case (Related Doc # 19). Signed on 05/08/2008. (Davis, Shurray) (Entered: 05/08/2008) |
| 05/08/2008 | 🌀123 | Second Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 91). Hearing scheduled for 5/29/2008 at 10:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. Signed on 5/8/2008. (Gordon, Pamela) (Entered: 05/09/2008) |
| 05/12/2008 | 🌀124 | Letter: Tri Star requests document received from Debtor to be filed, as it supports its claim. Filed by Tri Star International, S.A DE C.V . (Gordon, Pamela) (Entered: 05/13/2008) |
| 05/14/2008 | 🌀125 | Notice of Appearance and Request for Notice Filed by Steven M Cox on behalf of Roxanna Diaz , Victor Diaz . (Gordon, Pamela) (Entered: 05/15/2008) |
| 05/16/2008 | 🌀126 | Notice of Appeal to District Court. Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. Fee Amount $255 (RE: [122] Order on Motion to Dismiss Case). Appellant Designation due by 5/27/2008. Transmission of Record Due by 6/25/2008. (Thompson, Pia) (Entered: 05/16/2008) |

| | | |
|---|---|---|
| 05/19/2008 | 127 | Receipt of Notice of Appeal(08-05230) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 8836981. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 05/19/2008) |
| 05/19/2008 | 128 | Notice of Filing to Bk Judge and Parties on Service List (RE: 126 Notice of Appeal, ). (Sims, Mildred) (Entered: 05/19/2008) |
| 05/06/2008 | 129 | Motion to Appear Pro Hac Vice Filed by Edward Estrada on behalf of Wachovia Bank, N.A. . (Gordon, Pamela) (Entered: 05/22/2008) |
| 05/23/2008 | 130 | Notice of Filing Filed by Janice A Alwin on behalf of Casa de Cambio Majapara S.A. de C.V. (RE: 126 Notice of Appeal, ). (Attachments: # 1 Motion to Dismiss Appeal of Wachovia Bank N.A.) (Alwin, Janice) (Entered: 05/23/2008) |
| 05/23/2008 | 131 | **INCORRECT EVENT ENTERED, FILER NOTIFIED** Notice of Motion Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. Hearing scheduled for 5/28/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Thompson, Pia) Modified on 5/30/2008 (Weston, Carel Dell). (Entered: 05/23/2008) |
| 05/23/2008 | 132 | **INCORRECT EVENT ENTERED, FILER NOTIFIED** Objection to Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (Attachments: # 1 Exhibit A & B) (Thompson, Pia) Modified on 5/30/2008 (Weston, Carel Dell). (Entered: 05/23/2008) |
| 05/23/2008 | 133 | Notice of Motion Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. Hearing scheduled for 5/28/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Thompson, Pia) (Entered: 05/23/2008) |
| 05/23/2008 | 134 | Notice of Motion and Motion to Strike Objection to Fee Application of Luis V. Echeverria Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. Hearing scheduled for 5/28/2008 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Exhibit Exhibits A and B# 2 Proposed Order Proposed Order) (Thompson, Pia) (Entered: 05/23/2008) |
| 05/27/2008 | 135 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. (RE: 126 Notice of Appeal, ). (Thompson, Pia) (Entered: 05/27/2008) |
| 05/28/2008 | 136 | Hearing Continued (RE: General Case Status, 123 Order on Motion to Use Cash Collateral). Hearing scheduled for 6/11/2008 at 10:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Davis, Shurray) (Entered: 05/28/2008) |
| 05/28/2008 | 137 | Hearing Continued (RE: 134 Strike). Hearing Scheduled for 06/26/2008 at 10:30 AM at Courtroom 615 219 South Dearborn, Chicago, IL, 60604. (Davis,Shurray) (Entered: 05/28/2008) |
| 05/27/2008 | 138 | Notice of Motion and Motion to Receive Notice or Add to Service List Steven M. Cox of Waterfall, Economidis, Caldwell, Hanshaw & Willamana, P.C., Filed by Steven M Cox , Roxanna Diaz on behalf of Roxanna Diaz , Victor Diaz . (Attachments: # 1 Proposed Order) (Livermore, Corrina) (Entered: 05/28/2008) |
| 05/28/2008 | 139 | Order Granting Motion To Appear Pro Hac Vice (Related Doc # 129). Signed on 5/28/2008. (Green, Charlie) (Entered: 05/29/2008) |
| 05/28/2008 | 140 | Order Scheduling (RE: 134 Motion to Strike, ). Hearing scheduled for 6/26/2008 at 10:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604.Reply due by: 6/23/2008 Responses due by 6/9/2008. Signed on 5/28/2008 (Rodarte, Aida) (Entered: 05/29/2008) |
| 05/28/2008 | 141 | Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 91). |

| | | Hearing scheduled for 6/11/2008 at 10:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. Signed on 5/28/2008. (Livermore, Corrina) (Entered: 05/29/2008) |
|---|---|---|
| 05/30/2008 | 142 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED (RE: 132 Objection, 131 Notice of Motion, ). (Weston, Carel Dell) (Entered: 05/30/2008) |
| 06/02/2008 | 143 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Pia N Thompson on behalf of Wachovia Bank, N.A.. (RE: 126 Notice of Appeal,, 135 Appellant Designation and Statement of Issue). (Thompson, Pia) Modified on 6/2/2008 to correct text to include Amended (Sims, Mildred). (Entered: 06/02/2008) |
| 06/02/2008 | 144 | CORRECTIVE ENTRY to correct text to include Amended (RE: 143 Appellant Designation and Statement of Issue, ). (Sims, Mildred) (Entered: 06/02/2008) |
| 06/04/2008 | 145 | Answer in Opposition to (related document(s): 130 Notice of Filing) Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (Thompson, Pia) (Entered: 06/04/2008) |
| 06/06/2008 | 146 | Notice of Intent to Request Continuance Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V.. (Shaw, Brian) (Entered: 06/06/2008) |
| 06/06/2008 | 147 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Janice A Alwin on behalf of Casa de Cambio Majapara S.A. de C.V.. (RE: 126 Notice of Appeal,, 135 Appellant Designation and Statement of Issue). (Alwin, Janice) (Entered: 06/06/2008) |
| 06/06/2008 | 148 | Exhibit(s) Exhibits A & B for use with June 11, 2008 Cash Collateral Hearing Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 91 Motion to Use Cash Collateral, ). (Thompson, Pia) (Entered: 06/06/2008) |
| 06/06/2008 | 149 | Exhibit(s) Exhibit C - E for use with June 11, 2008 Cash Collateral Hearing Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (RE: 91 Motion to Use Cash Collateral, ). (Thompson, Pia) (Entered: 06/06/2008) |
| 06/09/2008 | 150 | Response to (related document(s): 134 Motion to Strike, ) Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V. (Shaw, Brian) (Entered: 06/09/2008) |
| 06/09/2008 | 151 | Response to Filed by Brian L Shaw on behalf of Casa de Cambio Majapara S.A. de C.V. (Attachments: # 1 Exhibit A) (Shaw, Brian) (Entered: 06/09/2008) |
| 06/10/2008 | 152 | Notice To Be Added On Service List Filed by Steven M Cox on behalf of Roxanna Diaz , Victor Diaz . (Gordon, Pamela) (Entered: 06/11/2008) |
| 06/12/2008 | 153 | Hearing Continued (RE: 91 Motion to Use Cash Collateral, ). Hearing scheduled for 6/26/2008 at 10:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Davis, Shurray) (Entered: 06/12/2008) |
| 06/13/2008 | 154 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Appearance for Patrick M. Jones and Kara J. Bruce Filed by Patrick M. Jones on behalf of Sociedad de Responsabilidad Limitada de Capital Variable, Capitaliza-T. (Jones, Patrick) Modified on 6/17/2008 (Sims, Mildred). (Entered: 06/13/2008) |
| 06/16/2008 | 155 | Memorandum Limited Objection to the Deadline to Object to Dischargeability Filed by Kara J Bruce on behalf of Capitaliza-T (RE: 16 Meeting of Creditors Chapter 11). (Bruce, Kara) (Entered: 06/16/2008) |
| 06/17/2008 | 156 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 154 Appearance, ). (Sims, Mildred) (Entered: 06/17/2008) |

| 06/17/2008 | 🔵157 | Notice of Appearance and Request for Notice Filed by Patrick M. Jones on behalf of Capitaliza-T, Sociedad de Responsabilidad Limitada de Capital Variable. (Jones, Patrick) (Entered: 06/17/2008) |
| 06/17/2008 | 🔵158 | Certificate of Service Filed by Kara J Bruce on behalf of Capitaliza-T (RE: 155 Memorandum). (Bruce, Kara) (Entered: 06/17/2008) |
| 06/23/2008 | 🔵159 | Reply in Support to (related document(s): 134 Motion to Strike, ) Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (Thompson, Pia) (Entered: 06/23/2008) |
| 06/23/2008 | 🔵160 | Reply to (related document(s): 151 Response) Filed by Pia N Thompson on behalf of Wachovia Bank, N.A. (Thompson, Pia) (Entered: 06/23/2008) |

# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 S. Dearborn Street

Chicago, IL 60604

**Kenneth S. Gardner,** Bankruptcy Clerk

Date　　　June 24, 208

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number　　　08B5230

Case Name　　　Casa De Cambio Majapara S.A. de C.V.

Notice of Appeal Filed　　　May 16, 2008

Appellant　　　Wachovia Bank, National Assoc

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal.  The Record on Appeal consist of:

| | |
|---|---|
| ✓ Transmittal Letter and Civil Cover Sheet | ✓ Notice of Appeal |
| ✓ Designation and Statement of Issues | ✓ Copy of Documents Designated |
| ✓ Transcript of Proceeding | ✓ Exhibits |
| ☐ In Forma Pauperis | ☐ Expedited Notice of Appeal |

**FILED**
JUN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
NF

Additional Items Included

✓ Notice of filing of Motion to Dismiss Appeal.   Response to Motion to Dismiss.

Casa De Cambio Majapara S.A. de C.V.'s Designation of additional items for record

5 Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record

☐ _____

08CV3594
JUDGE PALLMEYER
MAGISTRATE JUDGE VALDEZ

Previous D C Judge _____

Case Number _____

By Deputy Clerk _____

Mildred Sims

Revised 03/26/08tj

Electronically Filed On
6/6/08
DKT NO. 147

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

---

In re:

**CASA DE CAMBIO MAJAPARA S.A. DE C.V.,**

Debtor.

Chapter 11

Case No. 08-05230

---

## CASA DE CAMBIO MAJAPARA S.A. DE C.V.'S DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL

Casa De Cambio Majapara S.A. De C.V. designates the following additional items for the

record on appeal with respect to the appeal of Wachovia Bank, N.A. ("Wachovia"):

| Tab No. | Bankruptcy Docket No. | Docket Entry Date | Document Title |
|---|---|---|---|
| 1 | 2 | 03/05/2008 | Declaration Regarding Electronic Filing Signed by Debtor(s) or Corporate Representative Jorge Ortiz Muñoz on behalf of Casa de Cambio Majapara S.A. de C.V. |
| 2 | 7 | 03/17/2008 | Appearance Filed by Kimberly Bacher of Goldberg Kohn on behalf of Zions First National Bank |
| 3 | 21 | 03/24/2008 | Adversary Complaint to Avoid and Recover Avoidable Transfers filed by Casa de Cambio Majapara S.A. de C.V. against Wachovia Bank, N.A., with related exhibits |
| 4 | 53 | 03/31/2008 | Reply in Support of Debtor's Motion To (I)(A) Approve Its Employment of Luis V. Echeverria as Debtor's Consultant Pursuant to 11 U.S.C. § 327(a) and (B) Authorize Luis V. Echeverria to Act in a Foreign Country on Behalf of Debtor's Estate Pursuant to 11 U.S.C. § 1505 and to Employ Priscilla Njuguna for Translation Services, with related exhibits |

{6591 APP A0208453.DOC 2}

| Tab No. | Bankruptcy Docket No. | Docket Entry Date | Document Title |
|---------|----------------------|-------------------|----------------|
| 5 | 57 | 04/01/2008 | Amended Exhibits A-4 and A-5 of Casa de Cambio Majapara S.A. de C.V., consisting of (i) Amendment to the Common Stock Purchase Agreement made March 28, 2008 and (ii) Letter of Resignation of Jorge Ortiz as Treasurer and Director of JOM Corp. |
| 6 | 59 | 04/03/2008 | Order Approving Debtor's Employment of Luis V. Echeverria as Debtor's Foreign Representative |
| 7 | 75 | 04/11/2008 | Declaration Regarding Electronic Filing Signed by Debtor(s) or Corporate Representative Carlos Alberto Acosta Carduno on behalf of Casa de Cambio Majapara S.A. de C.V. |
| 8 | 83 | 04/14/2008 | Notice of Motion and Application to Employ Sperling & Slater, P.C. as Special Litigation Counsel and for Approval of Compensation Arrangement Related Thereto, with related exhibits |
| 9 | 84 | 04/18/2008 | Order Authorizing Debtor to Employ Sperling & Slater, P.C. as Special Litigation Counsel and Approving Compensation Arrangement Related Thereto |
| 10 | 85 | 04/18/2008 | Notice of Motion and Application to Employ Rodriguez y Orendain, S.C. as Special Mexican Counsel and for Approval of Compensation Arrangement Related Thereto, with related exhibits |

| 11 | 94 | 04/22/2008 | Joinder of Rittal, S.A. de C.V. to Debtor's Response in Opposition to Wachovia Bank, N.A.'s Motion for an Order Dismissing Debtor's Chapter 11 Bankruptcy Case Pursuant to Sections 105, 109, 305 and 1112(b) of the Bankruptcy Code and Wachovia's Supporting Memorandum |
| 12 | 99 | 04/25/2008 | Order Authorizing Debtor to Employ Rodriguez y Orendain, S.C. as Special Mexican Counsel and Approving Compensation Arrangement Related Thereto |
| 13 | 121 | 05/08/2008 | Agreed Order and Stipulation |
| 14 | 124 | 05/13/2008 | Letter: Tri Star requests document received from Debtor to be filed, as it supports its claim. Filed by Tri Star International, S.A de C.V . |
| 15 | 125 | 05/15/2008 | Notice of Appearance and Request to be Placed on Master Mailing List filed by Steven M. Cox on behalf of creditors Roxanna Diaz and Victor Diaz |

The Debtor expressly reserves its right to supplement or amend this designation and/or to appropriately respond to any and all appeals of Wachovia if, when, and to the extent that Wachovia files, or is granted leave to timely file, and perfects a proper appeal. Further, the Debtor expressly reserves its rights under the order dismissing Wachovia's motion to dismiss the Debtor's chapter 11 bankruptcy cases.

CASA DE CAMBIO MAJAPARA S.A. DE C.V.

Dated: June 6, 2008

By : ___/s/ Janice A. Alwin_____
        One of its attorneys

Brian L. Shaw
Janice A. Alwin
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N Clark Street, Ste 800
Chicago, IL 60610
Tel: 312-276-1323
Fax: 312-275-0571
email: jalwin@shawgussis.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the above and foregoing notice and attached pleadings was accomplished (i) by electronic notice to CM/ECF registrants and (ii) in the manner indicated to the service list below on this 6th day of June 2008.

/s/ Janice A. Alwin

**Via Electronic Mail:**

**Counsel for Wachovia Bank**
Michael S. Leib
Pia N. Thompson
Stephen T. Bobo
Reed Smith, LLP
10 South Wacker Drive
Chicago, Illinois 60606
mleib@reedsmith.com
pthompson@reedsmith.com
sbobo@reedsmith.com

**US Trustee's Office**
Kathryn Gleason
Office of the U.S. Trustee
219 S. Dearborn Street
8th Floor
Chicago, Il 60604
Kathryn.M.Gleason@usdoj.gov

**Litigation Counsel for Wachovia Bank**
John Nocera
John Foudy
Peter Ragone
Rosner, Nocera & Ragone, LLP
110 Wall Street, 23rd Floor
New York, New York 10005
jnocera@rnrlawgroup.com
jfoudy@rnrlawgroup.com
pragone@rnrlawgroup.com

**Debtor**
Casa de Cambio Majapara S.A. de C.V.
Lago Margarita No. 16
Colonia Granada
Delegación Miguel Hildago
México D.F., México
CP 11520
acostacharlie@hotmail.com

**Via U.S. Mail:**

**Counsel for MAC North Pacific, Inc.**
George W. Baker
Hawthorne Ackerly & Dorrance LLC
25 South Avenue
New Canaan, CT 06840

**Counsel for Zions Bank**
Steven A. Levy
Mark W. Hancock
Kimberly A. Bacher
Goldberg Kohn Bell Black
Rosenbloom & Moritz, Ltd.
55 East Monroe St, Suite 3300
Chicago, Illinois 60603

**Counsel for Rittal**
Javier A. Pacheco
Porter Wright Morris & Arthur LLP
5801 Pelican Bay Blvd., Suite 300
Naples, FL 34108-2709

## File an Appeal:

08-05230 Casa de Cambio Majapara S.A. de C.V.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Chicago) |
| Judge: BWB | Assets: y | Case Flag: PlnDue, DsclsDue, APPEAL |

### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Alwin, Janice A entered on 6/6/2008 at 3:32 PM CDT and filed on 6/6/2008

**Case Name:**        Casa de Cambio Majapara S.A. de C.V.
**Case Number:**      08-05230
**Document Number:** 147

**Docket Text:**
Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Janice A Alwin on behalf of Casa de Cambio Majapara S.A. de C.V.. (RE: [126] Notice of Appeal,, [135] Appellant Designation and Statement of Issue). (Alwin, Janice)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\DOCS\jaa\6591\APP\A0208687.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=6/6/2008] [FileNumber=19986939-0
] [4455e332b6a49043a68ea8428b4c5b6e073ee52b23e63150aca16d8c4e1ceaabb2d
0abd92332e52ccd4d53a572b2061128639bf58de65803176125585a37f3ad]]

### 08-05230 Notice will be electronically mailed to:

Janice A Alwin     jalwin@shawgussis.com

Kimberly A Bacher     kimberly.bacher@goldbergkohn.com

Vipin R Gandra     vgandra@shawgussis.com, lgonzalez@shawgussis.com

William T Neary     USTPRegion11.ES.ECF@usdoj.gov

Mark L Radtke     mradtke@shawgussis.com, dkrasa-berstell@akingump.com

Brian L Shaw     bshaw100@shawgussis.com

Pia N Thompson     pthompson@reedsmith.com,
cwilson@reedsmith.com;;mleib@reedsmith.com;smckessy@reedsmith.com;kpreuss@reedsmith.com

Andrew L. Wool     andrew.wool@kattenlaw.com, ecfdocket@kattenlaw.com

**08-05230 Notice will not be electronically mailed to:**

Jose Victor Rodriguez Barrera
Rodriguez y Orendain, SC
Paseo de la Reforma 265, 10th Fl.
Colonia Cuautemoc Mexico, 06500

Steven M Cox
Waterfall, Exonomidis, Caldwell et al
5210 E. Williams Circle
Suite 800
Tucson, AZ 85711

Luis V Echeverria
,

Edward Estrada
Reed Smith, LLP
599 Lexington Ave, 28th Floor
New York, NY 10022

Michael S Leib
Reed Smith LLP
10 S Wacker Drive
Chicago, IL 60606-7507

Peter Alfred Ragone
Rosner Nocera & Ragone, LLP
110 Wall Street, 23rd Floor
New York, NY 10005

Rittal, S.A. de C.V.
,

Shaw Gussis Fishman Glantz Wolfson & Towbin Llc
,

Sperling & Slater P.C.
,

Tri Star International, S.A DE C.V
,