UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** <br><br> **CASA DE CAMBIO MAJAPARA S.A. DE C.V.,** <br><br> **Debtor.** | **Chapter 11** <br><br> **Case No. 08-05230** |

| | |
|---|---|
| **WACHOVIA BANK, N.A.** <br><br> Appellant, <br> v. <br><br> **CASA DE CAMBIO MAJAPARA S.A. DE C.V.,** <br><br> **Debtor-Appellee.** | **Appeal from U.S. Bankruptcy Court for the Northern District of Illinois** <br><br> **District Court Case No. 08-3594** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **June 25, 2008** the undersigned caused to be filed with the Clerk of United States District Court for the Northern District of Illinois, Eastern Division the **Casa De Cambio Majapara S.A. De C.V.'s Reply in Further Support of Its Motion of To Dismiss Appeal of Wachovia Bank, N.A,** a true and correct copy of which is attached and herewith served upon you.

                                                CASA DE CAMBIO MAJAPARA S.A. DE C.V.

Dated: June 25, 2008              By :   */s/ Janice A. Alwin*
                                                            One of its attorneys

                                                       Brian L. Shaw
                                                     Janice A. Alwin
                                                     Shaw Gussis Fishman Glantz
                                                     Wolfson & Towbin LLC
                                                     321 N Clark Street, Ste 800
                                                     Chicago, IL 60654
                                                     Tel: 312-276-1323
                                                     Fax: 312-275-0571
                                                     email: jalwin@shawgussis.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the above and foregoing notice and attached pleadings was accomplished (i) by electronic notice to CM/ECF registrants and (ii) in the manner indicated to the service list below on this 25th day of June, 2008.

                                                               */s/ Janice A. Alwin*

**Via CM/ECF:**

- **Stephen Todd Bobo**
  sbobo@sachnoff.com
- **Vipin Rao Gandra**
  vgandra@shawgussis.com
- **Michael Scott Leib**
  mleib@reedsmith.com,kpreuss@reedsmith.com

- **Mark Lee Radtke**
  mradtke@shawgussis.com
- **Brian L. Shaw**
  bshaw100@shawgussis.com
- **Pia N Thompson**
  PThompson@ReedSmith.com
- **Andrew L. Wool**
  andrew.wool@kattenlaw.com

**Via Electronic Mail:**

*Counsel for Wachovia Bank*
Michael S. Leib
Pia N. Thompson
Stephen T. Bobo
Reed Smith, LLP
10 South Wacker Drive
Chicago, Illinois  60606
mleib@reedsmith.com
pthompson@reedsmith.com
sbobo@reedsmith.com

*Litigation Counsel for Wachovia Bank*
John Nocera
John Foudy
Peter Ragone
Rosner, Nocera & Ragone, LLP
110 Wall Street, 23rd Floor
New York, New York 10005
jnocera@rnrlawgroup.com
jfoudy@rnrlawgroup.com
pragone@rnrlawgroup.com

*US Trustee's Office*
Kathryn Gleason
Office of the U.S. Trustee
219 S. Dearborn Street
8th Floor
Chicago, Il  60604
Kathryn.M.Gleason@usdoj.gov

*Debtor*
Casa de Cambio Majapara S.A. de C.V.
Lago Margarita No. 16
Colonia Granada
Delegación Miguel Hildago
México D.F., México
CP 11520
acostacharlie1@hotmail.com

**Via U.S. Mail:**

<u>*Counsel for MAC North Pacific, Inc.*</u>
George W. Baker
Hawthorne Ackerly & Dorrance LLC
25 South Avenue
New Canaan, CT 06840

<u>*Counsel for Rittal*</u>
Javier A. Pacheco
Porter Wright Morris & Arthur LLP
5801 Pelican Bay Blvd., Suite 300
Naples, FL 34108-2709

<u>*Counsel for Zions Bank*</u>
Steven A. Levy
Mark W. Hancock
Kimberly A. Bacher
Goldberg Kohn Bell Black
Rosenbloom & Moritz, Ltd.
55 East Monroe St, Suite 3300
Chicago, Illinois 60603