UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CASA DE CAMBIO MAJAPARA S.A. DE C.V.,** | **Case No. 08-05230** |
| **Debtor.** | |
| **WACHOVIA BANK, N.A.** | Appeal from U.S. Bankruptcy Court for the Northern District of Illinois |
| Appellant, | |
| v. | **District Court Case No. 08-3594** |
| **CASA DE CAMBIO MAJAPARA S.A. DE C.V.,** | Hon. Rebecca R. Pallmeyer |
| **Debtor-Appellee.** | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Monday, July 14, 2008 at 8:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Rebecca R. Pallmeyer,** U.S. District Court Judge, in Courtroom 2119, the courtroom usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the **Motion of Casa De Cambio Majapara S.A. De C.V. To Dismiss Appeal of Wachovia Bank, N.A,** a copy of which was filed in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, Case No. 08-5230 and served upon you on May 23, 2008, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

CASA DE CAMBIO MAJAPARA S.A. DE C.V.

Dated: July 9, 2008     By : _/s/ Janice A. Alwin_
                                One of its attorneys

Brian L. Shaw
Janice A. Alwin
Shaw Gussis Fishman Glantz

                    Wolfson & Towbin LLC
                    321 N Clark Street, Ste 800
                    Chicago, IL 60654
                    Tel: 312-276-1323
                    Fax: 312-275-0571
                    email: jalwin@shawgussis.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that service of the above and foregoing notice and attached pleadings was accomplished (i) by electronic notice to CM/ECF registrants and (ii) in the manner indicated to the service list below on this 9th day of July, 2008.

                    */s/ Janice A. Alwin*

**Via CM/ECF:**

- **Stephen Todd Bobo**
  sbobo@sachnoff.com
- **Vipin Rao Gandra**
  vgandra@shawgussis.com
- **Michael Scott Leib**
  mleib@reedsmith.com,kpreuss@reedsmith.com

- **Mark Lee Radtke**
  mradtke@shawgussis.com
- **Brian L. Shaw**
  bshaw100@shawgussis.com
- **Pia N Thompson**
  PThompson@ReedSmith.com
- **Andrew L. Wool**
  andrew.wool@kattenlaw.com

**Via Electronic Mail:**

*Counsel for Wachovia Bank*
Michael S. Leib
Pia N. Thompson
Stephen T. Bobo
Reed Smith, LLP
10 South Wacker Drive
Chicago, Illinois 60606
mleib@reedsmith.com
pthompson@reedsmith.com
sbobo@reedsmith.com

*US Trustee's Office*
Kathryn Gleason
Office of the U.S. Trustee
219 S. Dearborn Street
8th Floor
Chicago, Il 60604
Kathryn.M.Gleason@usdoj.gov

*Litigation Counsel for Wachovia Bank*
John Nocera
John Foudy
Peter Ragone
Rosner, Nocera & Ragone, LLP
110 Wall Street, 23rd Floor
New York, New York 10005
jnocera@rnrlawgroup.com
jfoudy@rnrlawgroup.com
pragone@rnrlawgroup.com

*Debtor*
Casa de Cambio Majapara S.A. de C.V.
Lago Margarita No. 16
Colonia Granada
Delegación Miguel Hildago
México D.F., México
CP 11520
acostacharlie1@hotmail.com

**Via U.S. Mail:**

<div style="display:flex">

<div>

*Counsel for MAC North Pacific, Inc.*
George W. Baker
Hawthorne Ackerly & Dorrance LLC
25 South Avenue
New Canaan, CT 06840

*Counsel for Zions Bank*
Steven A. Levy
Mark W. Hancock
Kimberly A. Bacher
Goldberg Kohn Bell Black
Rosenbloom & Moritz, Ltd.
55 East Monroe St, Suite 3300
Chicago, Illinois  60603

</div>

<div>

*Counsel for Rittal*
Javier A. Pacheco
Porter Wright Morris & Arthur LLP
5801 Pelican Bay Blvd., Suite 300
Naples, FL 34108-2709

</div>

</div>

{6591 NOF A0207355.DOC}   3