UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: )<br>)<br>   CASA DE CAMBIO MAJAPARA )<br>   S.A. DE C.V., )<br>                    Debtor. )<br>_____)<br>)<br>WACHOVIA BANK, N.A. )<br>)<br>                 Appellant, )<br>     v. )<br>)<br>CASA DE CAMBIO MAJAPARA )<br>S.A. DE C.V. )<br>)<br>                 Appellant )<br>) | District Court Case No. 08-3594<br><br>Hon. Rebecca R. Pallmeyer<br><br><br><br><br><br>Appeal from U.S. Bankruptcy Court<br>for the Northern District of Illinois<br>Case No. 08-05230 |

**NOTICE OF MOTION**

TO:   THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on July 14, 2008, at the hour of 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer, United States District Court Judge, in Courtroom 2119, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and shall present the **Appellant Wachovia Bank, N.A.'s Opening Brief**, a copy of which is being served upon you.

Dated: July 9, 2008

                                                    Respectfully submitted,
                                                    *WACHOVIA BANK, N.A*.
                                                    Plaintiff,
                                         By:   s/ Michael S. Leib
                                                    One of Its Attorneys

Pia N. Thompson (ARDC No. 6225746)
Michael S. Leib (ARDC No. 6243348)
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7484
Telephone:   (312) 207-1000
Facsimile:   (312) 207-6400
Email: mleib@reedsmith.com

*Attorneys for Plaintiff Wachovia Bank, N.A.*

# UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-3594 |
|    CASA DE CAMBIO MAJAPARA ) | |
|    S.A. DE C.V., ) | Hon. Rebecca R. Pallmeyer |
|                      Debtor. ) | |
| _____) | |
| ) | |
| CASA DE CAMBIO MAJAPARA S.A. DE ) | Appeal from the U.S. Bankruptcy Court |
| C.V. ) | for the Northern District of Illinois |
|                      Plaintiff ) | Case No. 08-05230 |
|        v. ) | |
| ) | |
| WACHOVIA BANK, N.A. ) | |
| ) | |
|                    Defendant ) | |
| ) | |

## CERTIFICATE OF SERVICE

Michael S. Leib, an attorney, certifies that he caused a true copy of the foregoing **Notice of Motion** and **Appellant Wachovia Bank, N.A.'s Opening Brief** to be served upon via the method stated below this 9th day of July 2008.

                                                                                    */s/ Michael S. Leib*

**VIA CM/ECF**

Brian L. Shaw
Mark Radtke
Vipin Rao Gandra
Shaw Gussis Fishman Glantz
    Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, Illinois 60610
bshaw@shawgussis.com
mradtke@shawfussis.com

Andrew L. Wool
Andrew.wool@kattenlaw.com

**VIA ELECTRONIC MAIL:**

**Litigation Counsel for Wachovia Bank**
John Nocera
John Foudy
Peter Ragone
Ronser, Nocera & Ragone, LLP
110 Wall Street, 23rd Floor
New York, NY 10005
jnocera@rnrlawgroup.com

- 1 -

- 2 -

jfoudy@rnrlawgroup.com
pragone@rnrlawgroup.com

**US Trustee's Office**
Kathryn Gleason
Office of the U.S. Trustee
219 S. Dearborn St., 8th Floor
Chicago, IL 60604
Kathryn.M.Gleason@usdoj.gob

**Debtor**
Casa de Cambio Majapara S.A. de C.V.
Lago Margarita No. 16
Colonia Granada
Delegacion Miguel Hildago
Mexico D.F., Mexico
CP 11520
acostacharlie@hotmail.com


**VIA U.S. MAIL**

**Counsel for MAC North Pacific, Inc.**
Georege W. Baker
Hawthorne Ackerly & Dorrance LLC
25 South Avenue
New Cannan, CT 06840

**Counsel for Rittal**
Javier A. Pacheco
Porter Wright Morris & Arthur LLP
5801 Pelican Bay Blvd., Suite 300
Naples, FL 64108-2709

**Counsel for Zions Bank**
Steven A. Levy
Mark W. Hancock
Kimberly A. Bacher
Goldberg Kohn Bell Black
        Rosenbloom & Moritz, Ltd.
55 E. Monroe St., Suite 3300
Chicago, IL 60603