# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3594 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Wachovia Bank, National Association vs. Casa De Cambio Majapara S.A. de C.V. | | |

**DOCKET ENTRY TEXT**

Oral argument on Defendant's motion to dismiss appeal of Wachovia Bank [9] set for 7/31/2008 at 11:00.

Notices mailed by Judicial staff.

00:09

| | Courtroom Deputy Initials: | ETV |
|---|---|---|