# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3594 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Wachovia Bank, National Association vs. Casa De Cambio Majapara | | |

**DOCKET ENTRY TEXT**

Oral argument heard on Defendant's motion to dismiss appeal of Wachovia Bank [9] held. Motion is granted. Appeal is dismissed without prejudice to renewal. Civil case terminated.

Notices mailed by Judicial staff.
*Mail AO 450 form.

00:20

| | Courtroom Deputy Initials: | ETV |
|---|---|---|