# United States District Court
## Northern District of Illinois
### Eastern Division

Wachovia Bank, National Association                **JUDGMENT IN A CIVIL CASE**

        v.                                                                     Case Number: 08 C 3594

Casa De Cambio Majapara

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion to dismiss appeal of Wachovia Bank is granted. Appeal is dismissed without prejudice to renewal.

                                                              Michael W. Dobbins, Clerk of Court

Date: 7/31/2008                                                                     _____
                                                                  /s/ Ena T. Ventura, Deputy Clerk